IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DANNY BELL                                                         PLAINTIFF

VS.                                                           CIVIL ACTION NO. 1:19cv84-GHD-DAS

ITAWAMBA COUNTY, MISSISSIPPI,
NORTHEAST MISSISSIPPI REGIONAL
WATER SUPPLY DISTRICT, COOK COGGIN
ENGINEERS, INC., EUTAW CONSTRUCTION
COMPANY, INC., CENTURY CONSTRUCTION
GROUP, INC., AND JOHN DOES 1-200                      DEFENDANTS

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS

Upon joint ore tenus motion of Plaintiff, Danny Bell, and Defendants, Itawamba County, Mississippi and Northeast Mississippi Regional Water Supply District, and for good cause based on finalized settlement between the movants, it is hereby

**ORDERED AND ADJUDGED** that this matter is hereby dismissed with prejudice only as to Defendants, Itawamba County, Mississippi and Northeast Mississippi Regional Water Supply District, each movant to bear their respective costs and fees. This dismissal does not affect Plaintiff's claims against other Defendants.

SO ORDERED AND ADJUDGED this the __16th__ day of __December__, 2019.

_____
GLEN H. DAVIDSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____
COURTNEY B. SMITH, MB #103855
Attorney for Plaintiff

_____
MARTHA BOST STEGALL, MB #3701
One of the Attorneys for Defendant,
Northeast Mississippi Regional Water
Supply District

_____
DANIEL J. GRIFFITH, MB #8360
One of the Attorneys for Defendant, Itawamba
County, Mississippi

2538295