IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DANNY BELL** **PLAINTIFF**

VS.            CIVIL ACTION NO. 1:19cv84-GHD-RP

**ITAWAMBA COUNTY, MISSISSIPPI,
NORTHEAST MISSISSIPPI REGIONAL WATER SUPPLY
DISTRICT, COOK COGGIN ENGINEERS, INC.,
EUTAW CONSTRUCTION COMPANY, INC.,
CENTURY CONSTRUCTION GROUP, INC.,
and John Does 1-200**           **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the *ore tenus* joint motion of the parties to dismiss all claims asserted herein with prejudice, and noting the agreement of the Parties, finds that the parties' joint Motion is well-taken and hereby grants the Motion.

IT IS, therefore, hereby ORDERED AND ADJUDGED that all claims asserted in this lawsuit are dismissed with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 5th day of April, 2021.

_____
SENIOR U.S. DISTRICT JUDGE

**AGREED:**

*/s/ Corky Smith*
Courtney B. "Corky" Smith, Esq. (MSB #103855)
*Counsel for Plaintiff, Danny Bell*

*/s/ David B. Ellis*
David B. Ellis, Esq. (MSB #102926)
*Counsel for Cook Coggin Engineers, Inc.*

*/s/ Scott F. Singley*

Scott F. Singley, Esq. (MSB #100134)
*Counsel for Eutaw Construction Company, Inc.
and Century Construction Group, Inc.*

  /s/ Otis R. Tims
Otis R. Tims, Esq. (MSB #8221)
*Counsel for North Mississippi Regional
Water Supply District*